# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| SALVADOR GONZALEZ, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF SANTOS CAMACHO, DECEASED, AND MARGARITA CAMACHO, ASAEL CAMACHO, AND ABISAI CAMACHO <br><br> v. <br><br> McALLEN HOSPITALS, L.P., ISRAEL BECERRA, M.D., AND OLGA OLIVARES-HERRERA, M.D. | § § § § § § § § § § § § | CIVIL ACTION NO.: 7:19-cv-165 |

INDEX OF MATTERS BEING FILED

Exhibit 1:   Index of Matters Being Filed;

Exhibit 2:   Cameron County District Clerk's File;

Exhibit 3:   Designation of Counsel;

Exhibit 4:   Notice of Consent to Removal on behalf of Co-Defendants;

Exhibit 5:   Notice of Removal to State District Court; and

Exhibit 6:   Civil Cover Sheet.

Respectfully submitted,

GONZALEZ CASTILLO, LLP


By:  /s/Edward J. Castillo
         Steven M. Gonzalez
         SBN:  08131900
         Federal ID: 3321
         Edward J. Castillo
         SBN: 24040658

- 2 -

        Federal ID: 38007
        Eduardo Moya
        SBN: 24105674
        Federal ID: 38007

        1317 E. Quebec Avenue
        McAllen, Texas  78503
        (956) 618-0115
        FAX:  (956) 618-0445
        Email: law@valleyfirm.com

        ATTORNEYS FOR DEFENDANT,
        McALLEN HOSPITALS, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record via CM/ECF electronic filing service (ONLY) on the 6th day of May, 2019.

                        /s/Edward J. Castillo
                        Edward J. Castillo

F:\Data\data\WPDOCS\C\Camacho, S. v. MMC 66.021\Removal\notice of removal-index.km.wpd